|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | GREGORY N. LEONARD, | Case No. 3:17-cv-00549-RCJ-CBC |
| 4 | Plaintiff | ORDER |
| 5 | v. | |
| 6 | DR. MARTIN NAUGHTON et al., | |
| 7 | Defendants | |

**I.  DISCUSSION**

On March 12, 2019, this Court entered a screening order and dismissed the entire first amended complaint, with prejudice, for failure to state a claim. (ECF No. 20 at 8). The Clerk of the Court entered judgment. (ECF No. 21). On March 25, 2019, Plaintiff filed a motion petition for rehearing. (ECF No. 23). On April 9, 2019, Plaintiff filed a notice of appeal. (ECF No. 24). On April 12, 2019, the Ninth Circuit issued an order holding the appeal proceeding in abeyance pending this Court's resolution of ECF No. 23. (ECF No. 26).

A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. Acands, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration is not an avenue to re-litigate the same issues and arguments upon which the court already has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F.Supp.2d 1280, 1288 (D. Nev. 2005).

The Court interprets Plaintiff's motion petition for rehearing (ECF No. 23) as a motion for reconsideration. The Court has reviewed the motion and finds that Plaintiff

fails to present any newly discovered evidence.  Additionally, the Court finds that it did not commit clear error or that its initial decision was manifestly unjust or that there was an intervening change in controlling law.  The Court denies the motion.

**II.     CONCLUSION**

For the foregoing reasons, it is ordered that the motion for reconsideration (ECF No. 23) is denied.

DATED THIS  21st day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE