# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY LEONARD,

           Plaintiff,

v.

DR. MARTIN NAUGHTON, et al.,

           Defendant.

3:17-cv-0549-RCJ-CLB

**ORDER**

    Defendants entered a suggestion of death of the plaintiff on the record (ECF No. 34). Pursuant to Fed. R. Civ. P. 25(a)(1), if a motion for substitution by the decedent's successor or representative is not filed on or before **Tuesday, April 13, 2021**, the action must be dismissed.

    **DATED:** January 13, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**