UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY N. LEONARD,<br><br>                      Plaintiff,<br><br>   v.<br><br>DR. MARTIN NAUGHTON, *et al.*,<br><br>                     Defendants. | Case No. 3:17-cv-00549-RCJ-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

On January 13, 2021, following Defendants' filing of a suggestion of death on the record stating that Plaintiff Gregory N. Leonard (#56193) had passed away on November 30, 2020, the Court issued an order allowing a 90-day period until April 13, 2021 for a motion for substitution to be filed by any party or by the decedent's successor or representative. (ECF No. 35).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

The April 13, 2021 deadline has passed and there has been no motion for substitution. As such, the Court dismisses the case.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Court dismisses this case pursuant to Fed. R. Civ. P. 25(a)(1).

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk of the Court will close the case and enter judgment accordingly.

DATED THIS 28th day of April 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE